ERIC GRANT
United States Attorney
KATHERINE T. LYDON
ELLIOT WONG
ZACHARY RAY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL NGUYEN,

Defendant.

Case No.: 2:24-cr-00071-DJC-12

**STIPULATION TO SET NGUYEN CHANGE OF PLEA HEARING FOR NOVEMBER 19, 2026; ORDER**

**STIPULATION**

1. This matter is currently set for jury trial beginning on February 1, 2026, with trial confirmation hearing on November 19, 2026.

2. The United States and defendant Michael Nguyen have reached a plea agreement pursuant to which Nguyen desires to plead guilty. The parties have provided the Court with the form of plea agreement and will provide a fully executed version at the change of plea hearing and file it on the docket immediately following the hearing.

3. The parties jointly request that the matter as to defendant Nguyen be set for change of plea hearing on November 19, 2026.

IT IS SO STIPULATED.

Dated: November 15, 2026

ERIC GRANT
United States Attorney

*/s/ Katherine T. Lydon*
KATHERINE T. LYDON
ELLIOT WONG
ZACHARY RAY
Assistant United States Attorneys

Dated: November 15, 2026

*/s/ Mark J. Reichel*
MARK J. REICHEL
Counsel for Defendant
Michael Nguyen

**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of November, 2026.

Dated: November 16, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE